Anthony Steven Wright 06748-046
UNITED STATES PENITENTIARY
P.O. Box 24550
Tucson, AZ 85734

FILED '10 OCT 04 11:40 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORT LAND DIVISION

Anthony Steven Wright,
  Friend of The Court,

JAMES BRIAN WRIGHT,
  PLAINTIFF,

vs.

THE AMERICAN'S BULLETIN,
  DEFENDANT.

Case No. CV-09-956-PK

"SEALED Friend of The Court
JUDICIAL NOTICE THAT THIS
CASE IS TOTALLY FRAUDULENT"

STATE OF ARIZONA }
COUNTY OF PIMA } SS. FRIEND OF THE COURT :
    ANTHONY STEVEN WRIGHT

  I, Anthony Steven Wright, Friend of The Court, herein File this "Sealed Friend of The Court Judicial Notice that this Case is totally Fraudulent"

  See: Ronghi v. The American's Bulletin Case No. 6:09-CV-1358-AA Specifically, the last Filed First, Second and Third Sealed Judicial Notices Filed by Friend of The Court Anthony Steven Wright.

  I have been tricked, lied to, deceived, robbed, extorted, Blackmailed, mislead, set up, Framed, life threatened, Family threatened by Federal inmates (Military inmate) Frank Joseph Ronghi 16788-045 (Eugene Division Case 6:09CV-1358-AA) Ex-U.S. Army Airborne Ranger Sergeant and James Brian Wright 05449-010, and Gary Lee Mason 07833-030, Then I was BRIBED with $10,000.00 Cash not to tell (snitch). I ask this Court to Protect me as a Federal Informant & Witness.

  I declare under the Penalty of Perjury the foregoing is true 28 USC 1746. I need an Attorney and The FBI.

    Respectfully Submitted,
    /S/ Anthony S. Wright
    ANTHONY STEVEN WRIGHT

## Certificate of Service

I, Anthony Steven Wright 06748-046, certify that a true and correct copy of the foregoing Sealed Judicial Notice was placed in the USP Tucson Federal Prison Mail Service for delivery on 9-19-2010 via First Class mail postage pre paid and addressed as follows:

> Clerk of Court, US District Court
> 740 Mark O. Hatfield US Courthouse
> 1000 S.W. Third Avenue Room 740
> Portland Oregon 97204

by:

ANTHONY STEVEN WRIGHT 06748-046
USP Tucson
P.O. Box 24550
Tucson, AZ 85734